IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUAN E. SABORIT | : | CIVIL ACTION |
| v. | : | |
| CAROLYN W. COLVIN<br>ACTING COMMISSIONER OF SOCIAL SECURITY | : | NO. 11-6395 |

## ORDER

AND NOW, this 13th day of March, 2014, upon consideration of Plaintiff's Brief and Statement of Issues in Support of her Request for Review, Defendant's Response thereto, Plaintiff's Reply and the record herein, and, after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, it is hereby **ORDERED** that:

1. The Report and Recommendation is hereby **APPROVED AND ADOPTED**.

2. The relief requested in Plaintiff's Brief and Statement of Issues in Support of Request for Review (Docket Entry No. 17) is **GRANTED**..

3. The matter is **REMANDED** to the Commissioner for further administrative proceedings consistent with Magistrate Judge Angell's Report and Recommendation.

BY THE COURT:

_____
MARY A McLAUGHLIN, J.